GEORGE W. POWERS, as Assignee, etc., Respondent, *v.* MARTIN A. SMITH et al., Appellants.

(Argued October 27, 1881; decided November 22, 1881.)

*D. D. McKoon* for appellants.

*Alex. Thain* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.